JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Richard.Colonna@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SANGSTER, individually and as Next Friend of J.M. and B.M., <br><br> Plaintiff, <br><br> vs. <br><br> UR JADDOU, Director U.S. Citizenship and Immigration Services; TERRI ROBINSON, Director, National Benefits Center U.S. Citizenship and Immigration Services; <br><br> Defendants. | Case No. 3:23-cv-00631-ART-CLB <br><br> **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** <br><br> **(First Request)** |

In this case, arising under the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706, Plaintiff and Federal Defendants, through their undersigned attorneys, submit this stipulation to extend, and thereby establish, a mutually-agreeable date of April 12, 2024, for Federal Defendants to file and serve an answer to Plaintiff's Complaint (ECF No. 1, filed 12/08/2023), and produce to Plaintiff and file with the Court under seal the Administrative Record. This is the first request of this kind, and it is based on the circumstances set forth below.

On December 8, 2024, Plaintiff filed her Complaint (ECF No. 1). Plaintiff served the United States Attorney's Office for the District of Nevada on December 12, 2023. Federal Defendants' deadline to file an Answer or otherwise respond to the Complaint is February 12, 2024. The undersigned defense counsel has been informed by the agency that it will need additional time to review and assemble the administrative record for this matter.

Therefore, the parties request that the Court extend the deadline for the Federal Defendants to answer or otherwise respond to April 12, 2024, and produce to Plaintiff and file with the Court under seal the Administrative Record.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 6th day of February 2024.

| CLARK HILL PLC | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Mark Stevens<br>MARK STEVENS, ESQ.<br>1001 Pennsylvania Ave NW, Suite 1300S<br>Washington, DC 20004 | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

and

PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Tiffany Sangster*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 6, 2024.