JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Richard.Colonna@usdoj.gov
*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY SANGSTER, individually and as Next Friend of J.M. and B.M., <br><br> Plaintiff, <br><br> vs. <br><br> UR JADDOU, Director U.S. Citizenship and Immigration Services; TERRI ROBINSON, Director, National Benefits Center U.S. Citizenship and Immigration Services; <br><br> Defendants. | Case No. 3:23-cv-00631-ART-CLB <br><br> **Order Granting Stipulation to Extend Time** <br><br><br> **(Second Request)** |

Plaintiff and Federal Defendants, through their undersigned attorneys, stipulate to extend with one week, from April 12, 2024, to April 19, 2024, the deadline for Federal Defendants to file and serve an answer to Plaintiff's Complaint (ECF No. 1, filed 12/08/2023), and produce to Plaintiff and file with the Court under seal the Administrative Record. This is the second request for an extension.

The undersigned defense counsel has been informed by the agency that due to the volume of the file it will need additional time to review and assemble the administrative record for this matter.

Therefore, the parties request that the Court extend the deadline for the Federal Defendants to answer or otherwise respond to April 19, 2024, and produce to Plaintiff and file with the Court under seal the Administrative Record.

///

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 10th day of April 2024.

| | |
|---|---|
| CLARK HILL PLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Mark Stevens<br>MARK STEVENS, ESQ.<br>1001 Pennsylvania Ave NW, Suite 1300S<br>Washington, DC 20004 | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

and

PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Tiffany Sangster*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 10, 2024