JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Richard.Colonna@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIFFANY SANGSTER, individually and as Next Friend of J.M. and B.M., <br><br> Plaintiff, <br><br> v. <br><br> UR JADDOU, Director U.S. Citizenship and Immigration Services; TERRI ROBINSON, Director, National Benefits Center U.S. Citizenship and Immigration Services; <br><br> Defendants. | Case No. 3:23-cv-00631-ART-CLB <br><br> **Order Granting Stipulation and Order to Set Briefing Schedule** |

Pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 551–559, 701–706, and LR 16-1(c)(1), Plaintiff and Federal Defendants, through their undersigned attorneys, propose for the Court's approval the following schedule for this matter:

///

///

///

///

///

///

///

///

///

| | | |
|---|---|---|
| August 5, 2024 | Plaintiff will file their motion for summary judgment and/or any other substantive motion(s) in respect to the administrative record, such as a motion to strike; |
| September 4, 2024 | Federal Defendants will file their combined opposition/motion for summary judgment and/or any opposition to any of the Plaintiff's motion(s); |
| October 4, 2024 | Plaintiff will file its combined opposition/reply; and |
| November 4, 2024 | Federal Defendants will file their reply. |

Respectfully submitted this 6th day of June 2024.

CLARK HILL PLC

/s/ Mark Stevens
MARK STEVENS, ESQ.
1001 Pennsylvania Ave NW, Suite 1300S
Washington, DC 20004

and

PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Tiffany Sangster*

JASON M. FRIERSON
United States Attorney

/s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorney
*Attorneys for the Federal Defendants*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2024