**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY SANGSTER, individually and as Next Friend of J.M. and B.M., <br><br>  Plaintiff, <br><br> vs. <br><br> UR JADDOU, Director U.S. Citizenship and Immigration Services; TERRI ROBINSON, Director, National Benefits Center U.S. Citizenship and Immigration Services; <br><br> Defendants. | Case No. 3:23-cv-00631-ART-CLB <br><br> **ORDER GRANTING** <br><br> Joint Stipulation to Stay Case |

Plaintiff Tiffany Sangster and Defendants Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services, and Terri Robinson, Director, National Benefits Center U.S. Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate to stay this case, as follows:

The parties' stipulated briefing schedule was granted by this Court on June 6, 2024. ECF No. 21. On August 5, 2024, Plaintiff filed a Motion to Supplement the Administrative Record, a Motion to Amend Complaint and a Motion for Summary Judgment, ECF Nos. 23-25. The current deadline for the United States to respond to the Plaintiff's Motions is on September 4, 2024.

Based on new information that has been provided to USCIS, the agency will reopen Plaintiff's I-600 petitions and will issue a Request for Evidence along with a home study update.

The parties agree that a stay would preserve the resources of the Court and agree to stay this case and any remaining deadlines for 6 months. The parties agree to provide status reports to the Court every 60 days after the entry of an Order by this Court.

Accordingly, the parties hereby respectfully request that this matter be stayed until February 14, 2025, and request a status check on or after February 14, 2025.

Respectfully submitted this 15th day of August 2024.

| | |
|---|---|
| CLARK HILL PLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Mark Stevens<br>MARK STEVENS, ESQ.<br>1001 Pennsylvania Ave NW, Suite 1300S<br>Washington, DC 20004 | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |
| and | |
| PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff Tiffany Sangster* | |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2024