|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

TIFFANY SANGSTER, Individually and as Next Friend of J.M. and B.M.,

Plaintiff,

vs.

UR JADDOU
Director
U.S. Citizenship and Immigration Services;

TERRI ROBINSON
Director, National Benefits Center
U.S. Citizenship and Immigration Services,

Defendants.

CASE NO. 3:23-cv-00631-ART-CLB

**ORDER**

This matter comes before the Court upon consideration of the parties' jointly filed Stipulation of Dismissal (ECF No. 32). Upon consideration of the stipulation, it is HEREBY ORDERED that this matter is dismissed without prejudice, with all parties to bear their own costs and attorney's fees.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: November 12, 2024